United States District Court
Southern District of Texas
ENTERED

MAY 19 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA )
)
vs. ) Docket No. 1:08CR00187-001
)
ERNESTO BARRIENTOS ZUNIGA )
)

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO LATE FILE OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

Upon consideration of the pleadings and arguments of counsel, it is hereby ordered that Defendant's Motion for Leave to Late File Objections to Pre-Sentence Investigation Report is hereby GRANTED.

Said objections will be considered by the Court.

Done this 16th day of May, 2008.

Andrew Hanen
U.S. District Judge